UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :    Chapter 7
                                                             :
Anthony P Frascone,                                          :    Case No. 24-22038 (SHL)
                                                             :
                      Debtor.                              :
------------------------------------------------------------ x

## NOTICE OF CHANGE OF ADDRESS FOR
## TRUSTEE AND TRUSTEE'S ATTORNEYS

TO THE COURT, U.S. TRUSTEE,
CREDITORS AND PARTIES IN INTEREST:

      **PLEASE TAKE NOTICE** that effective May 6, 2024, the new address for the chapter 7 trustee, Howard P. Magaliff and R3M Law, LLP is:

      R3M Law, LLP
      6 East 43rd Street, 21st Floor
      New York, NY 10017

The telephone and fax numbers are unchanged:

      Tel: 646.453.7851
      Fax: 212.913.9642

Dated: New York, New York      R3M LAW, LLP
       May 23, 2024                      Attorneys for the Trustee
                                          By:

                                            /s/ Howard P. Magaliff
                                            HOWARD P. MAGALIFF
                                            6 East 43rd Street, 21st Floor
                                            New York, NY 10017
                                            646.453.7851
                                            *hmagaliff@r3mlaw.com*

{00044759v1 }